# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2012

144799

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

JOHN GUIDOBONO, II, REVOCABLE
TRUST AGREEMENT and JOHN
GUIDOBONO, II, Trustee,
      Plaintiffs-Appellants,

v

SANDRA JONES,
      Defendant-Appellee.

SC: 144799
COA: 308855
Livingston CC: 11-026103-CH

_____/

On order of the Court, the application for leave to appeal prior to decision by the Court of Appeals is considered, and it is DENIED, because the Court is not persuaded that the question presented should be reviewed by this Court before consideration by the Court of Appeals.

CAVANAGH, MARILYN KELLY, and HATHAWAY, JJ., would grant leave to appeal prior to decision by the Court of Appeals and would affirm the Livingston Circuit Court's order dismissing this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2012

Clerk

s0919